UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  10-CR-178 (RWR)

CALEB GRAY BURRISS

### MOTION TO PERMIT COUNSEL TO ENTER APPEARANCE
### ON BEHALF OF DEFENSE COUNSEL HEATHER SHANER

On October 25th, 2012, this Court entered an Order to Show Cause why it should not impose "sanctions" or other punishments on defense counsel. Appointed defense counsel Heather Shaner filed her Response to this Order on October 29. [Doc. 156] As mentioned in that pleading, Ms. Shaner has retained Hank Asbill and Jennifer Lichter, of the law firm Jones Day, to represent her in this show cause matter should there be any further proceedings.

I, Hank Asbill now move that I be permitted to enter an appearance in this case on behalf of defense counsel Heather Shaner, limited to the show cause matter. (Jennifer Lichter will file an application for admission *pro hac vice*.)

Respectfully submitted,

/s/ Henry W. Asbill
Henry W. Asbill
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-5414
hasbill@jonesday.com
DC Bar No. 938811

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2012, I electronically filed a true and correct copy of the foregoing with the Clerk of the United States District Court for the District of Columbia using the CM/ECF system, which will send notification of such filing to the following counsel of record.

Vincent J. Falvo, Jr.
U.S. Dept. of Justice
Criminal Division
1301 New York Ave., NW
Suite 700
Washington, D.C.  20530
vincent.falvo@usdoj.gov

Patrick Christmas
8401 Colesville Rd.
Suite 610
Silver Spring, MD. 20910
pchristmas@christmaslaw.com

/s/ Henry W. Asbill
Henry W. Asbill
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-5414
hasbill@jonesday.com
DC Bar No. 938811